UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL DENISE SLATON,<br><br>        Plaintiff,<br><br>    v.<br><br>I.R.S.,<br><br>        Defendant. | No. 2:18-cv-00189-TLN-CKD<br><br><br>ORDER |

On January 29, 2018, plaintiff Sheryl Denise Slaton, proceeding without counsel, filed this action.[1] (ECF No. 1.) At the same time, plaintiff requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.)

Under federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $50.00 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an action "without prepayment of fees or security therefor" by a person who is unable to pay such fees or provide security therefor. 28 U.S.C. § 1915(a)(1).

In her application to proceed *in forma pauperis*, plaintiff asserts that her net take-home pay is $767.24 every two weeks, which is $16,112.04 annually. (ECF No. 2.) Additionally,

---

[1] This case was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(21).

1

plaintiff admits that she has received disability or worker's compensation payments in the past year, but failed to indicate how much she has received. (Id.) Plaintiff also asserts that her minor granddaughter is dependent on plaintiff for support. (Id.)

According to the United States Department of Health and Human Services, the 2018 poverty guideline for a household of two, in the contiguous United States, is $16,460. See https://aspe.hhs.gov/poverty-guidelines (last visited January 30, 2018). Based upon plaintiff's application, her net yearly earnings of $16,112.04 are nearly at the poverty guideline for her household. At the same time, plaintiff has admitted to receiving an unknown amount in disability or worker's compensation payments. As a result, it is unclear what plaintiff's total annual income is. Therefore, plaintiff has failed to make an adequate showing of indigency. See Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994).

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED WITHOUT PREJUDICE.
2. Within 28 days of the date of this order, plaintiff shall either (a) pay the applicable filing fee or (b) file an application to proceed *in forma pauperis* that adequately demonstrates that she is unable to pay the filing fee. Plaintiff's failure to either pay the filing fee or file a sufficient application to proceed *in forma pauperis* by the above deadline will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: January 31, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

14/ps.slaton.18-189.IFP denial incomplete

2