UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL DENISE SLATON, | No. 2:18-cv-00189-TLN-CKD (PS) |
| Plaintiff, | |
| v. | ORDER |
| I.R.S., | |
| Defendant. | |

On April 6, 2018, the court denied plaintiff's amended motion to proceed *in forma pauperis*. (ECF No. 5.) Plaintiff responded with a statement indicating that she is unable to pay the filing fee, clarifying that she no longer receives Social Security benefits. (ECF No. 6.) The court construes this as a motion for reconsideration. In light of this motion, the court will entertain an amended motion to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that:

Within 14 days of this order, plaintiff shall file an amended application to proceed *in forma pauperis* that adequately demonstrates plaintiff is unable to pay the filing fee. Plaintiff's failure to file a sufficient application to proceed *in forma pauperis*, or the filing fee,

*/////*

*/////*

*/////*

1

by the above deadline will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: April 18, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

14/ps.18.189.slaton v. irs mot recon